UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZHEN LIU,

                          Plaintiff,

            -against-

MARCUS GARVEY APARTMENTS,

                          Defendant.

25cv5117 (LTS)

CIVIL JUDGMENT

 For the reasons stated in the December 5, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 10, 2025
   New York, New York

          /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
        Chief United States District Judge